FILED

~~FULL NAME~~ appellation
lindokuhle mnyandu el
COMMITTED NAME (if different)
n/a
FULL ADDRESS INCLUDING NAME OF INSTITUTION
c/o 1125 south sullivan street
santa ana, california 92704
PRISON NUMBER (if applicable)
n/a

2021 MAR 22 PM 3:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____eva_____

IFP
NO CV-30

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

lindokuhle mnyandu el
                                PLAINTIFF,
v.
JOSHUA THOMAS LONG
BREANNA CELINE CARCEL
DEBORAH LONG
                                DEFENDANT(S).

CASE NUMBER

SACV21-00527JVS
(ADSx)
To be supplied by the Clerk

CASE CLAIM
CIVIL ~~RIGHTS COMPLAINT~~
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court ~~while a prisoner~~: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? n/a

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)
   n/a

a. Parties to this previous lawsuit:
   Plaintiff __n/a__

   Defendants __n/a__

b. Court __n/a__

c. Docket or case number __n/a__
d. Name of judge to whom case was assigned __n/a__
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __n/a__
f. Issues raised: __n/a__

g. Approximate date of filing lawsuit: __n/a__
h. Approximate date of disposition __n/a__

B. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1. Is there a grievance procedure available at the institution where the events relating to your current ~~complaint~~ case, occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No

   If your answer is no, explain why not __see attached affidavit__

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not __see attached affidavit__

4. Please attach copies of papers related to the grievance procedure.

C. **JURISDICTION**

This ~~complaint~~ claim alleges that the civil ~~rights~~ case of plaintiff __lindokuhle mnyandu el__
(print plaintiff's name)
who presently ~~resides~~ domicile at __c/o 1125 south sullivan street, santa ana, california 92704__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__santa ana__
(institution/city where violation occurred)

CV-66 (7/97)          CIVIL ~~RIGHTS COMPLAINT~~ CASE CLAIM          Page 2 of 6

on (date or dates) __27 february 2021__, _____, _____.
    (Claim I)                    (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __JOSHUA THOMAS LONG_____ resides or works at
              (full name of first defendant)
   __1845 MONROVIA AVENUE, NUMBER 66, COSTA MESA, CALIFORNIA 92627__
              (full address of first defendant)

   _____
              (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __see attached affidavit_____

2. Defendant __BREANNA CELINE CARCEL_____ resides or works at
              (full name of first defendant)
   __626 AVENIDA SEVILLA, UNIT A, LAGUNA WOODS, CALIFORNIA 92653__
              (full address of first defendant)

   _____
              (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __see attached affidavit_____

3. Defendant __DEBORAH LONG_____ resides or works at
              (full name of first defendant)
   __1845 MONROVIA AVENUE, NUMBER 66, COSTA MESA, CALIFORNIA 92627__
              (full address of first defendant)

   _____
              (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __see attached affidavit_____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

**D. CLAIMS***

**CLAIM I**

The following civil ~~right~~ case has been violated:

***see attached affidavit***

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

***see attached affidavit***

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)   CIVIL ~~~~ CASE CLAIM   Page 5 of 6

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

\*\*\*see attached affidavit\*\*\*

amount in controversy the plaintiff claims the DEFENDANTS owe or the amount at stake is more than $100,000, not counting interest and costs

_____09 march 2021_____        _____
           *(Date)*                              all rights reserved
                                          *(Signature of Plaintiff)*







moorish national republic federal government
societas republicae ea al maurikanos
moorish divine and national movement for the earth
northwest amexem / south amexem / central amexem / north gate
all adjoining islands
the true and de jure natural people – heirs to the land

i.s.l.a.m.

## writ in the nature of grand theft, *inter alia*

### affidavit of fact
### +international document+

09 march 2021 - 1441 m.c.y.

to:  UNITED STATES DISTRICT COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA SOUTHERN DIVISION
ATTN: *KIRY GRAY*, CLERK OF COURT
RONALD REAGAN FEDERAL BUILDING AND UNITED
STATES COURTHOUSE
411 WEST 4TH STREET, ROOM 1053
SANTA ANA, CA 92701-4516

## particulars of claim

### i.

### parties

1. trustor[1] and heir - executive beneficiary; lindokuhle mnyandu el [*in propria persona, sui juris* and *sui haeredes, in solo proprio*] of the moorish empire - nation state; american moor national; 'free white person'; northwest amexem / north america / morocco.

2. FIRST DEFENDANT, JOSHUA THOMAS LONG (HEIRS AND ASSIGNS) with a care of address at 1845 MONROVIA AVENUE, NUMBER 66, COSTA MESA, CALIFORNIA 92627.

3. SECOND DEFENDANT, BREANNA CELINE CARCEL (HEIRS AND ASSIGNS) with a care of address at 626 AVENIDA SEVILLA, UNIT A, LAGUNA WOODS, CALIFORNIA 92653.

4. THIRD DEFENDANT, DEBORAH LONG (HEIRS AND ASSIGNS) for acts committed by FIRST DEFENDANT (her child), with a care of address at 1845 MONROVIA AVENUE, NUMBER 66, COSTA MESA, CALIFORNIA 92627.

---

[1] https://www.scribd.com/document/427017497/Declaration-of-Allodial-Trust-Lindokuhle-Mnyandu-El

ii.

**jurisdiction and venue**

5. this UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION has subject matter jurisdiction over this case pursuant to title 28 united states code subsection 1331, which gives district courts jurisdiction over all civil actions arising under the constitution, laws, and treaties of the united states.

6. the aforementioned DEFENDANTS are UNITED STATES CORPORATION COMPANY CITIZENS.

7. therefore, subject-matter jurisdiction is within the purview of the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION for acts committed by the CITIZENS | SUBJECTS of the UNITED STATES CORPORATION COMPANY on an indigenous and aboriginal national.

iii.

**applicable law**

8. pursuant to title 28 united states code subsection 1332 and article 3 section 2 of the *constitution for the united states of america*, diversity of citizenship is a primal issue at law.

9. therefore, the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION has proper jurisdiction, and is obligated to hear and address my claim(s).

10. furthermore, and since the issue of diversity is primal in this matter, the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION is the proper venue, *ipso facto* and *ipso jure*.

### iv.

### facts

11. on saturday (27 february 2021) between the hours of 11:30am and 01:30pm, i stepped outside to the patio (backyard garden) situated at 1125 SOUTH SULLIVAN STREET, SANTA ANA, CALIFORNIA 92704 (where i domicile), to get the sun.

12. i was out on the backyard garden for about two (2) hours.

13. i locked the room when i left, and when i returned i unlocked it but came to think of it, i cannot confirm if it was locked or unlocked, when i returned.

14. i noticed that the chest of drawers, the drawers were not closed completely,

15. the shoes next to the two (2) travel bags were rearranged, and the bags were left open.

16. upon inspection, i saw that

   1. two luxury wrist watches (patek phillipe and ulysses nardin),

   2. three mobile phones (samsung note 4, samsung s10, and hisense l676), and

   3. two travel documents [passports] were missing.

17. i immediately sent a text message to the house owner (NELIDA MENDOZA) informing her of what has just happened.

18. as NELIDA MENDOZA was away at that time, she said she will attend to the matter when she gets back to the house on monday (01 march 2021).

19. i then went and knocked on FIRST DEFENDANT'S door (which is down the hallway from the one i occupy).

20. the FIRST DEFENDANT opened his door and came out.

21. i told the FIRST DEFENDANT that someone entered the room i occupy without my permission and removed the aforementioned estate (property).

22. the FIRST DEFENDANT said: "i suspect my girlfriend[2] because even some of my stuff is missing too, and she just took off in a hurry without letting me know."

23. i then went back to the room and i shared the correspondence with NELIDA MENDOZA through text on what the FIRST DEFENDANT said.

24. when NELIDA MENDOZA finally got back home, she went through her surveillance camera footage and noticed that on the time of the incident,

25. the SECOND DEFENDANT is seen frantically exiting the house in a rush, and she is in possession of bags and goods.

---

[2] SECOND DEFENDANT

26. as of today (09 march 2021), my estate (property) has not been returned, even after all the supplication by NELIDA MENDOZA to the FIRST DEFENDANT and SECOND DEFENDANT, begging them to return that which does not belong to them, and is property of my private trust.

27. therefore, i hold responsible the FIRST DEFENDANT and SECOND DEFENDANT.

28. moreover, i do not waive any of my rights to add additional names of would be DEFENDANTS.

v.

**causes of action**

**count 1**

**grand theft**

29. DEFENDANTS are guilty for grand theft.

**count 2**

**estate theft**

30. DEFENDANTS are guilty for estate theft.

**count 3**

### cover-up

31. DEFENDANTS are guilty for cover-up.

### count 4

### breaking and entering

32. DEFENDANTS are guilty for breaking and entering.

### count 4

### privacy violation

33. DEFENDANTS are guilty for privacy violation.

### vi

### jury demand

34. lindokuhle mnyandu el asserts his right(s) under the seventh amendment for the constitution for united states and demands, in accordance with federal rule of civil procedure 38, a trial by jury on all issues.

### vii

### relief requested

35. consequently, comes now, lindokuhle mnyandu el, *in propria persona, sui juris*, aboriginal indigenous american moor national; allodial ownership, and duty to my *corporeal* and *incorporeal hereditaments*, and my unalienable estate.

36. as a result, psychological (trauma and emotional stress) cost is paramount and must be quantified for compensation purposes for acts committed by the FIRST DEFENDANT and SECOND DEFENDANT on my estate..

37. therefore, **i demand the reversion of my estate and recoupment of my pecuniary interests**.

38. furthermore, and since the issue of diversity is primal in this matter, the UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION is the proper venue, *ipso facto* and *ipso jure*.

39. whereas, the supreme law of the land being the constitution for the united states of america and the treaty between the moorish government and the europeans known as the united states of america of 1786 and 1787 - this case is related to the treaties[3] (contracts) in place, and the nationals of diverse nations - the proper jurisdiction is federal court.

40. **relief sought is as follows:**

    (a) psychological restitution for every hour of every day, multiplied by days being without my

---

[3] article 20 and article 21 of the treaty of peace and friendship of 1787 between united states and moroccan empire

estate (property), and with treble damages - each hour paid in one (1) kilogram of silver or gold equivalent or platinum equivalent (current gold price per kilogram $54,901.48),

(b) punitive damages and compensatory damages in the amount of $130,000, in lieu of lawful money, *a tempore morae.*

---

upon my inherited status, i, lindokuhle mnyandu el consul/judge being a descendant of the ancient moabites in other respects known as american moor, standing squarely affirmed upon my oath to the 'five points of light' love, truth, peace, freedom, and justice; being competent (in my own proper person) to attest to this affidavit upon which i place my signature; whereas, i state, proclaim, and declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

qui jure suo utitur, nemini facit injuriam.

i am : _____

authorized representative: a free moorish american national, natural person, aboriginal/indigene, in propria persona, sui juris, and sui heredes in solo proprio. signature all rights reserved and retained; without prejudice

c/o 1125 south sullivan street, santa ana, california republic [zip exempt]



